**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Joseph Will ROBINSON, Defendant–Appellant.**

**No. 05–30691.**

United States Court of Appeals, Fifth Circuit.

Decided June 1, 2006.

Josette Louise Cassiere, Assistant U.S. Attorney, U.S. Attorney's Office Western

District of Louisiana, Shreveport, LA, for Plaintiff–Appellee.

Betty Lee Marak, Federal Public Defender's Office Western District of Louisiana, Shreveport, LA, for Defendant–Appellant.

Before JONES, Chief Judge, and BARKSDALE and BENAVIDES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Joseph Will Robinson has moved for leave to withdraw from this appeal and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Robinson has not filed a response.

Our independent review of the brief and the record shows that there are no nonfrivolous issues for appeal. Accordingly, counsel's motion for leave is GRANTED. Counsel is excused from further responsibilities herein, and this appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.